AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

EBONY BEATRICE PRATT
DOB:
PDID:

**CRIMINAL COMPLAINT**

FILED
MAY 24 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0309M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 5, 2004__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

unlawfully and knowingly sell or otherwise dispose of a firearm, that is, a Beretta .32 caliber handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce, to a person, knowing or having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year.

in violation of Title __18__ United States Code, Section(s) __922(d)(1)__.

I further state that I am __SPECIAL AGENT BRIAN VAUGHN__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
SPECIAL AGENT BRIAN VAUGHN
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn to before me and subscribed in my presence,

Date  MAY 24 2005                                     at  Washington, D.C.
      ALAN KAY                                            City and State
      U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                          Signature of Judicial Officer