## STATEMENT OF FACTS

On October 5, 2004, at approximately 10:00 a.m., a Confidential Informant (CI) working with the Bureau of Alcohol, Tobacco, Firearms and Explosives, went to 1909 Savannah Street, S.E., #201, Washington, D.C. to purchase a gun from the defendant Ebony Pratt. While in defendant's apartment, the CI told, the defendant twice that he was a convicted felon and unable to purchase firearms elsewhere. The defendant sold the CI a .32 caliber Beretta pistol for $400.00. The gun the CI purchased was a Beretta .32 caliber semi-automatic pistol, model number 3032 Tomcat, serial number DAA324096. The pistol is one of 24 firearms reported stolen from Galyan's Trading Company in Gaithersburg, MD. The pistol has affected interstate commerce in that Beretta manufactures its firearms in Italy and Accokeek, Maryland and this pistol was purchased in the District of Columbia.

On May 23, 2005, agents with the ATF placed the defendant under arrest, based on the events described above.

_____
SPECIAL AGENT BRIAN VAUGHN
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES

MAY 24 2005

Sworn and subscribed before me
on this ____ day of May, 2005.

_____
U. S. MAGISTRATE JUDGE

ALAN KAY
U.S. MAGISTRATE JUDGE