**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Case No. 05-309M-01 / CR05-161

United States of America
v.
Defendant's name: EBony Pratt
573 918

Defendant's address: _____
Defendant's phone no.: 3/899 9625

YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X]
- PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- UNSECURED APPEARANCE BOND. Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF** [ ]
- CASH BOND. Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court ____ %.
- SURETY BOND. Upon execution of appearance bond with approved surety.

FILED MAY 24 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

1) **SUPERVISORY CUSTODY** [ ] — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

2) [X] **YOU ARE TO REPORT** [X] weekly Mon & Fri — [ ] in person [X] by phone TO [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000. Your attorney, whose name and address is shown below.

3) [X] **YOU ARE TO LIVE** [X] at Above Address

4a) [X] **YOU ARE TO WORK** [X] by maintaining your job as at David Millers Vending

4b) [ ] **YOU ARE TO STUDY**

5) [X] **YOU ARE TO STAY** 5 blk radius of the 1900 Blk Savannah St, SE [X] Within the D.C. area (unless permitted by the court)

6) [X] **NARCOTICS** — report to DC Superior Crt, Room C-220, 500 Indiana Avenue for drug program placement.

7) [X] **OTHER CONDITION** — 10pm-6am curfew imposed (10:30pm-6am)

8) [X] **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at HW5B

NEXT DUE BACK: in Courtroom 4 at 145 AM/PM on 6/1/05

YOUR ATTORNEY: H.M. Seltzer
601 Ind. Ave NW #500 WDC 20004
phone: 347-2333

DEFENDANT'S SIGNATURE: Ebony B. Pratt
WITNESSED BY: VAW (title and agency) DCPSA

IMPORTANT: YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date: 5/24/05

SO ORDERED
Signature of Judge